IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RANDALL D. BUTLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 3:12-CV-1219 |
| ) | JURY DEMAND |
| GSA INTERNATIONAL, LTD., RYDER ) | |
| TRUCK RENTAL, LT., and ROBERT L. ) | Judge Campbell |
| MITCHELL, ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL OF UNNAMED DEFENDANT KENTUCKY NATIONAL INSURANCE COMPANY

It appearing to the Court, as evidenced by the signatures of counsel for the parties below, that the parties hereto are in agreement that it is appropriate for Kentucky National Insurance Company to be dismissed from this cause, with the provisions that if, for any reason hereafter, the liability insurance carrier for the named Defendants denies coverage to the Defendants, or if the Defendants' insurance company is not able to provide liability insurance in this cause, then, in that event, Plaintiff shall be allowed to renew his uninsured/underinsured motorist claim against Kentucky National Insurance Company; and in that event, Kentucky National Insurance Company shall be allowed to conduct any necessary discovery pursuant to Tennessee Code Annotated § 56-7-1206.

It is therefore ORDERED that the Complaint in this cause be, and is hereby dismissed without prejudice as to Kentucky National Insurance Company, the uninsured/underinsured motorist carrier of Plaintiff.

It is further ORDERED that in the event the liability insurance carrier for Defendants, for whatever reason, denies coverage to Defendants and/or if Defendants' insurance company is not

able to provide liability insurance in this cause, then, in that event, Plaintiff shall be allowed to renew his uninsured/underinsured motorist claim against Kentucky National Insurance Company. Any time limitations of action by law, statute, insurance policy or otherwise, are hereby waived by Kentucky National Insurance Company. Therefore, Kentucky National Insurance Company shall have the right to conduct any necessary discovery in this cause pursuant to Tennessee Code Annotated § 56-7-1206 prior to the case being tried. All other rights and remedies available to Kentucky National Insurance Company are reserved.

ENTER this _____ day of _____, 2013.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/Mary Beth Haltom
    Mary Beth Haltom, BPR # 024462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    615-259-1366
    615-259-1389
*Attorneys for Unnamed Defendant*
*Kentucky National Insurance Company*


LAW OFFICE OF BART DURHAM

By: /s/Blair P. Durham
    Blair P. Durham, BPR No. 021453
    H. Anthony Duncan, BPR No. 20056
    Aaron Woodard, BPR No. 24807
    1712 Parkway Towers
    404 James Robertson Parkway
    Nashville, TN 37219
    615-242-9000
*Attorneys for Plaintiff*

SMITH & TOMKINS

By: /s/Warren M. Smith
 Warren M. Smith, BPR No. 10622
 214 Second Avenue North
 Suite 100
 Nashville, TN  37201
 615-256-1280
*Attorneys for GSA International Ltd., Ryder Truck Rental, LT., and Robert L. Mitchell*

## CERTIFICATE OF SERVICE

 I hereby certify that on this the 9th day of January, 2013, a copy of the foregoing Agreed Order of Dismissal of Unnamed Defendant Kentucky National Insurance Company was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Blair P. Durham, Esq. | Warren M. Smith, Esq. |
| H. Anthony Duncan, Esq. | Smith & Tomkins |
| Aaron Woodard, Esq. | 214 Second Avenue North |
| 1712 Parkway Towers | Suite 100 |
| 404 James Robertson Parkway | Nashville, TN  37201 |
| Nashville, TN  37219 | |

        /s/Mary Beth Haltom
        Mary Beth Haltom