IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL D. BUTLER )
)
v. ) No. 3-12-1219
)
GSA INTERNATIONAL, LTD.; )
RYDER TRUCK RENTAL, LT.; and )
ROBERT L. MITCHELL )

CASE MANAGEMENT ORDER # 2

By contemporaneously entered order, the Court has approved and entered the parties' proposed initial case management order, with modifications addressed at the initial case management conference held on January 14, 2013. Those modifications and other matters addressed on January 14, 2013, are as follows:

1. By January 18, 2013, the parties shall file an agreed order or stipulation of dismissal of defendant Ryder Truck Rental, Ltd.

2. Plaintiff's counsel advised that the plaintiff is scheduled for a final doctor's visit in the near future and has essentially completed treatment. As a result, the plaintiff will be able to make a settlement demand after obtaining the remainder of his medical records. Plaintiff's counsel expects to make a settlement demand within the next 30 days, and thereafter the parties anticipate engaging in serious settlement discussions.

3. Any motions to amend the pleadings shall be filed by May 1, 2013.

4. By May 1, 2013, the parties shall file a joint mediation report, including the status of settlement discussions, the potential for settlement, and whether the parties have participated in or anticipate participating in private mediation or another form of ADR.

5. The parties anticipate little or no discovery of electronically stored information. Therefore, they are exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007.

6. All written discovery shall served in sufficient time so that responses will be in hand by July 15, 2013.

7. All fact discovery shall be completed by August 16, 2013.

8. Any motion related to fact discovery shall be filed by August 23, 2013.

9. Any dispositive motion shall be filed by September 30, 2013. Any response shall be filed within 30 days of the filing of the motion or by October 30, 2013, if the motion is filed on September 30, 2013.

The parties agree that no reply will be filed to any response.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty-five (25) pages.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the August 16, 2013, deadline for completion of fact discovery or the January 31, 2014, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

10. The plaintiff shall have until October 15, 2013, to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

11. The defendants shall have until December 2, 2013, to serve Rule 26(a)(2) expert disclosures.[1]

12. The parties agreed that there will be no rebuttal expert disclosures unless otherwise ordered upon motion.

13. All expert discovery shall be completed by January 31, 2014.

14. The parties request that a jury trial be scheduled no earlier than April 1, 2014. They anticipate that the trial will last two (2) days.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The Court has modified the references to Rule 26(a)(2)(B) in the contemporaneously entered order to Rule 26(a)(2)(B)-(C) since the parties could use experts for whom Rule 26(a)(2)(C) disclosures would be required.