IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDALL D. BUTLER )
)
v. ) NO. 3-12-1219
) JUDGE CAMPBELL
GSA INTERNATIONAL LTD., )
et al. )

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 21), indicating that all matters herein have been resolved and all claims should be dismissed. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for March 31, 2014, and the jury trial set for April 8, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE